| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br><br>Court Address:  1437 Bannock Street<br>                         Denver, Colorado 80202<br>Telephone:      (720) 865-7800 | ∆  COURT USE ONLY  ∆ |
| Plaintiffs:   MALIK M. HASAN, M.D.<br><br>v.<br><br>Defendants:  JPMORGAN CHASE & CO., a<br>                        Delaware corporation | Case Number:  16-cv-_____<br><br>Courtroom: _____ |
| *Attorneys for Plaintiff:*<br><br>G.W. MERRICK & ASSOCIATES, LLC<br>Glenn W. Merrick, No. 10042<br>6300 S. Syracuse Way, Suite 220<br>Centennial, Colorado 80111<br>Tel.     (303) 831-9400<br>Fax:     (303) 771-5803<br>E-mail:  gwm@gwmerrick.com | |
| **COMPLAINT** ||

COMES NOW, Plaintiff, Malik M. Hasan, M.D. ("Dr. Hasan"), through his undersigned counsel, G.W. MERRICK & ASSOCIATES, LLC, and for his Complaint against Defendants, JPMorgan Chase Co. ("Chase") and Chase Bank USA, N.A. ("Chase Bank"), alleges as follows:

### I.   Parties, Jurisdiction and Venue

1. Dr. Hasan is an individual over the age of twenty one (21) years, and maintains a residence in the City & County of Denver, States of Colorado.

2. Chase is a Delaware corporation and a bank holding company that maintains its corporate headquarters in New York City, State of New York.

3. This Court has jurisdiction to adjudicate the claims for relief sought herein under the provisions of Art. VI, Sec. 9 of the Colorado Constitution.

4. Venue is proper in this judicial district under the provisions of C.R.C.P. 98 as Chase maintains full service banking operations in the City & County of Denver, State of Colorado.

5. Chase is subject to this Court's personal jurisdiction under the provisions of C.R.S. §13-1-124 because it transacts business in the State of Colorado and maintains an agent for service of process in Colorado.

## II.  General Allegations

6. Dr. Hasan incorporates each of the allegations contained in Paragraphs 1-5 of this Complaint as if set forth in full here.

7. Dr. Hasan is a Chase credit card account holder in respect of credit cards issued to him by Chase in the Visa credit card network. His Chase Visa credit cards include credit cards that ending in x1598, 1617, 3000, 3416, 5385, 5885 and 9793.

8. Between 2012 and 2015, Dr. Hasan viewed solicitation materials of Premier Cru Fine Wines, a retail and warehouse operation located in Berkeley, California (the "Merchant"). These solicitation materials were located on the Merchant's then operating website, www.premiercru.net and in e-mails sent to and viewed by Dr. Hasan at his residence in Denver, Colorado.

9. Based upon his review of these solicitation materials, Dr. Hasan completed in Denver, Colorado a series of contracts of purchase of fine wines for future delivery. Dr. Hasan did so from his residence in Denver, Colorado by providing his Chase Visa credit card information to the Merchant over the telephone.

10. Dr. Hasan's credit cards were fully charged by Chase in respect of these purchases of fine wines from the Merchant, and Dr. Hasan has paid Chase for all of these credit card purchases. Notwithstanding, the Merchant failed to deliver a substantial portion of the fine wines purchased by Dr. Hasan.

11. When the wine product failed to arrive in Colorado as committed by the Merchant, Dr. Hasan engaged in repeated good faith attempts to obtain delivery of the product from the Merchant. However, all such efforts proved unsuccessful.

12. On January 8, 2016, the Merchant filed in the Bankruptcy Court in Berkeley, California a voluntary petition under the provisions of chapter 7 of the Bankruptcy Code. The chapter 7 trustee has adopted the position that none of the wine contained in the Merchant's warehouse located in Berkeley belong to Dr. Hasan.

13. The total amount that Dr. Hasan has paid Chase in credit card billings for purchases of fine wine from the Merchant for which the wine product has not been delivered is not less than $689,176.92 (the "Credit Card Charges").

14. Dr. Hasan made appropriate and timely demand upon Chase under Section 170 of the Fair Credit Billing Act, 15 U.S.C. §1601, *et seq.*, for repayment or reimbursement to him of the Credit Card Charges. On June 21, 2016, Chase advised Dr. Hasan by letter that it issued credits to him in the aggregate of $100,136.88. However, Chase refused to issue any additional credits to Dr. Hasan for the balance of ($589,040.04) of the Credit Card Charges.

### III. First Claim for Relief
### (Fair Credit Billing Act)

15. Dr. Hasan incorporates each of the allegations contained in Paragraphs 1-14 of this Complaint as if set forth in full here.

16. Under the provisions of Section 170(a) of the Fair Credit Billing Act, 15 U.S.C. §1666i(a), Dr. Hasan is entitled to recover from Defendants the full amount of the Credit Card Charges.

17. More particularly: (i) Dr. Hasan has made a good faith attempt to obtain satisfactory resolution of the problem from the Merchant; (ii) the amount of the transaction exceeds $50.00; and (iii) the place where the initial transaction occurred was in Colorado which is the state of the mailing address provided to Chase by Dr. Hasan.

18. Dr. Hasan has a valid and enforceable claim against the Merchant for a full refund or return of the Credit Card Charges based upon non-delivery of the wine product. Accordingly, Dr. Hasan has that same claim against the Defendants under Section 170(a) of the Fair Credit Billing Act. In the wake of the $100,136.88 credit issued to Dr. Hasan, the amount owed to Dr. Hasan by the Defendants is not less than $589,040.04.

19. In addition to the foregoing recovery, Dr. Hasan is entitled to recover from the Merchant his reasonable attorneys' fees and costs of the action under the provisions of Colorado civil theft statute, C.R.S. 18-4-401. Accordingly, Dr. Hasan is entitled to recover his reasonable attorneys' fees and costs of the action from the Defendants.

20. All conditions precedent and subsequent to Dr. Hasan's right to initiate and maintain this claim for relief against the Defendants has been performed, waived or has otherwise occurred.

## PRAYER FOR RELIEF

WHEREFORE, Dr. Hasan respectfully prays that this Court enter judgment in his favor and against Chase for: (i) the balance of the Credit Card Charges in an amount not less than $589,040.04 (ii) reasonable attorneys' fees for this litigation and the costs of the action, and (iii) such other and further relief as may be fair and just or to which he may be entitled under the prevailing circumstances.

Dated: July 5, 2016.

G.W. MERRICK & ASSOCIATES, LLC


By: /s/ Glenn W. Merrick
    Glenn W. Merrick, No. 10042

ATTORNEYS FOR PLAINTIFF, MALIK M. HASAN, M.D.

Plaintiff's Address:
1201 N. Williams Street, 9th Floor
Denver, Colorado 80218